IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00131-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERSKINE TAIWAN JOHNSON
    Defendant.
_____

**DEFENDANT'S STATEMENT IN SUPPORT
OF WITHDRAWING HIS PLEA OF GUIILTY**
_____

Defendant Erskine Johnson ("Mr. Johnson"), through undersigned counsel, respectfully submits his statement in support of withdrawing his plea of guilty. In support, Defendant states:

1. Federal Rules of Criminal Procedure (11)(d)(2)(B) permits withdraw of a guilty plea prior to sentencing for "fair and just reason[s]."

2. The government has filed a Response to Defendant's Withdrawal Motion [ECF No. 40]. In that pleading, the government concedes that fair and just reason exist here to warrant withdrawal of the plea. However, the government requests that the Court further advise Defendant that he might be facing higher sentencing consequences should defendant's motion to withdraw the plea be granted.

3. As the government notes, Courts should consider various factors set forth by the 10th Circuit in evaluating whether to permit withdrawal of a plea. *See United*

States v. Yazzie, 407 F.3d 1139, 1142 (10th Cir. 2005) and United States v. Carr, 80 F.3d 413, 421 n.5 (10th Cir. 1996).

4.  Defendant agrees with the government analysis of those 10th Circuit cases, acknowledges that he might face a higher guideline range as a result of his decision to withdraw his guilty plea and plea instead to the indictment, and still wishes to plea to the indictment instead.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I electronically filed the foregoing

**DEFENDANT'S STATEMENT IN SUPPORT
OF WITHDRAWING HIS PLEA OF GUIILTY**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jason Antoine St. Julien, Assistant United States Attorney
    Jason.St.Julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Erskine Taiwan Johnson    *via U.S. mail*

        s/ Edward R. Harris
        Edward R. Harris
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Edward_Harris@fd.org
        Attorney for Defendant