IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00131-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ERSKINE TAIWAN JOHNSON,

      Defendant.
_____

**DEFENDANT'S OBJECTION TO PRESENTENCE REPORT**
_____

Defendant Erskine Johnson ("Mr. Johnson"), through undersigned counsel, submits this objection to the presentence report (ECF 54).  In support, Mr. Johnson states:

Mr. Johnson objects to application of the Reckless Endangerment enhancement (USSG 3C1.2).  The facts set forth in the Plea Agreement do not support the enhancement.  They evidence neither substantial risk of death or serious bodily injury to another person nor recklessness by Mr. Johnson.

In relevant part, the facts in the Plea Agreement are that: Police followed Mr. Johnson's vehicle for a while at normal rates of speed.  Then, when the police activated emergency lights, he slowed down and moved to the right.  Although Mr. Johnson later accelerated, he maintains that he was never driving too fast for conditions.

The police report that speeds reached approximately 55 miles per hour and traffic was heavy.  They do not report the speed limit in the area (which Mr. Johnson

believes to have been 50 or 55 miles per hour).  At most, Mr. Johnson believes he was driving only 5 mph over the limit.

Although Mr. Johnson's vehicle hit the curb with its rear passenger side tire, he never lost control of the car.  Nor is there any allegation that there were people on the sidewalk.  Finally, Mr. Johnson does not recall heavy traffic.

At worst, Mr. Johnson's driving was negligent.  There is insufficient evidence of reckless driving or endangerment.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jason Antoine St. Julien, Assistant United States Attorney
Jason.St.Julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Erskine Taiwan Johnson          *via U.S. mail*

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant