### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No.:  18-cr-00131-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ERSKINE TAIWAN JOHNSON**,

    Defendant.

---

### GOVERNMENT'S MOTION TO DISMISS INFORMATION [ECF No. 25]
_____

    The United States of America submits the following Motion To Dismiss Information [ECF No. 25].

    Pursuant to the Government's oral motion to dismiss the Information [ECF No. 25] at the August 22, 2019 Sentencing Hearing, the Government respectfully moves that the Court dismiss the pending Information [ECF No. 25] against the defendant.

    Dated:  August 26, 2019.

                                   Respectfully submitted,

                                   JASON R. DUNN
                                   United States Attorney

By:   */s/ Jason St. Julien*
       JASON ST. JULIEN
       Assistant United States Attorney
       1801 California St., Suite 1600
       Denver, Colorado 80202
       Phone:  (303) 454-0100
       Fax:  (303) 454-0405
       E-mail:  Jason.St.Julien@usdoj.gov

Attorney for the United States

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 26th day of August 2019, I filed the foregoing **GOVERNMENT'S MOTION TO DISMISS INFORMATION [ECF No. 25]** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**Edward Robin Harris**
Email:  Edward_Harris@fd.org

**Kelly D. Christl**
Email:  Kelly_Christl@fd.org

*/s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States